THE PEOPLE, ex rel. THE EQUITABLE LIFE ASSURANCE SOCIETY
OF THE UNITED STATES, Appellant, *v.* ALFRED C. CHAPIN,
Comptroller, etc., Respondent.

Where the State comptroller has acted upon an application to vacate a tax
sale, and has denied the same, he cannot be required by *mandamus* to
reach a different conclusion. The matter is for his determination and
although his decision be erroneous it cannot be thus reviewed.

(Argued June 1, 1886; decided October 5, 1886.)

THIS was an application by relator, who claimed as mortgagee,
for a peremptory writ of *mandamus* requiring the State comp-
troller to vacate a tax sale and a conveyance under it because
of alleged irregularities. The comptroller, upon application
made to him to cancel the sale, denied the same.

The following is the *mem.* of opinion:

" The comptroller acted upon the papers presented to him and
refused the application upon the ground that the sales were
regular. The matter was for his determination, and we agree
with the Supreme Court in the opinion that he cannot, by
*mandamus*, be required to reach a different conclusion. (*How-
land* v. *Eldredge*, 43 N. Y. 457.)

. " The order should be affirmed, with costs."

*Frank E. Smith* for appellant.

*Denis O'Brien,* attorney-general, for respondent.

DANFORTH, J., reads *mem.* for affirmance.
All concur.
Order affirmed.